UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BEST CASE AND ACCESSORIES, INC.,

                Plaintiff,

- vs. -

BELKIN CORP.,

                Defendant.

x - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
13 CV 6096 (ERK)(SMG)

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE,** that whereas no opposing party has served an answer or motion for summary judgment, Plaintiff BEST CASE AND ACCESSORIES, INC., by its undersigned counsel, hereby dismisses the above-captioned action, and all claims asserted in it, without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 24, 2014

SCHLAM STONE & DOLAN LLP

By: _/s/ Richard H. Dolan_
     Richard H. Dolan

26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677

*Attorneys for Plaintiff*